ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TOVA D. WOLKING, C.S.B.N. 259782
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8981
    Facsimile: (415) 744-0134
    E-Mail: Tova.Wolking@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.G.T., by and through his guardian ad litem, DANIEL TEPPER ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CV 09-8050-JEM <br><br> **[PROPOSED]** <br> **ORDER OF REMAND** |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: *June 2, 2010*         */s/John E. McDermott*
                                      HONORABLE JOHN E. MCDERMOTT
                                      UNITED STATES MAGISTRATE JUDGE