Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.G.T., By and through his Guardian ad litem, DANIEL TEPPER,<br><br>        Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: CV 09-8050 JEM<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Lawrence D. Rohlfing, as Plaintiff's assignee, the amount of $1,115.00 in fees and $60 in costs, as authorized by 28 U.S.C. § 2412, and 28 U.S.C. § 1920, respectively, subject to the terms of the above-referenced Stipulation.

DATE:  July 15, 2010

                      */s/John E. McDermott*
                      THE HONORABLE JOHN E. McDERMOTT
                      UNITED STATES MAGISTRATE JUDGE